UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SARAH GOGGIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, JOHN DOES 1-10,<br><br>Defendants. | 3:11-CV-00864 |

### STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The parties to the above-captioned matter, by and through their respective attorneys, enter into the following Stipulation of Voluntary Dismissal (the "Stipulation") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

WHEREAS plaintiff Sarah Goggin filed the complaint on February 15, 2011;

WHEREAS defendant has not responded to the complaint;

WHEREAS the parties agree that all parties shall bear their own costs in the action;

WHEREAS no party will seek sanctions of any sort premised on the filing of the complaint in this matter;

NOW, THEREFORE, the parties hereby stipulate and agree that the action will be and is hereby dismissed.

WHEREFORE, the parties hereto have executed this Stipulation as of this 31st day of March, 2011.

SARAH C. GOGGIN

By: *Mark C. Rifkin* (w/pern by mmg)
    Mark C. Rifkin
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016

*Attorney for Plaintiff*

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

By: *Gita F. Rothschild* (w/pern by mmg)
    Gita F. Rothschild
MCCARTER & ENGLISH
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

*Attorney for Defendant*

2